# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| J. RON DILLMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  3:14-CV-474 |
| | ) | JURY DEMAND |
| MID-CENTURY INSURANCE | ) | Judge Varlan |
| COMPANY, | ) | Judge Guyton |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, Plaintiff, J. Ron Dillmon, and Defendant, Mid-Century Insurance Company, by and through their attorneys of record, and jointly stipulate to the dismissal of all claims brought by the Plaintiff in this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC

BY:   */s/ Wm. Ritchie Pigue*
        Wm. Ritchie Pigue, BPR #2898
        Matthew C. Pietsch, BPR #24659
        Attorneys for Defendant
        2908 Poston Avenue
        Nashville, TN 37203
        (615) 320-3225
        rpigue@tpmblaw.com
        mpietsch@tpmblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and via U.S. Mail upon the following this 22nd day of June, 2015:

1

Mr. Dallas T. Reynolds,
Attorney for Plaintiff
6204 Baum Drive
Knoxville, TN 37919

_/s/ Wm. Ritchie Pigue_____
Wm. Ritchie Pigue