IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| J. RON DILLMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:14-CV-474 |
| ) | JURY DEMAND |
| MID-CENTURY INSURANCE ) | Judge Varlan |
| COMPANY, ) | Judge Guyton |
| ) | |
| Defendant. ) | |

### AMENDED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, Plaintiff, J. Ron Dillmon, and Defendant, Mid-Century Insurance Company, by and through their attorneys of record, and jointly stipulate to the dismissal of all claims brought by the Plaintiff in this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        DUNN, MACDONALD & REYNOLDS, P.C.

        BY:   */s/ Dallas T. Reynolds with permission by*
                    *Wm. Ritchie Pigue*
               Dallas T. Reynolds, III, BPR #16868
               Attorney for Plaintiff
               6204 Baum Drive
               Knoxville, TN 37919
               (865) 525-0505
               dtr3@dmrpclaw.com

1

TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC

BY: */s/ Wm. Ritchie Pigue*
Wm. Ritchie Pigue, BPR #2898
Matthew C. Pietsch, BPR #24659
Attorneys for Defendant
2908 Poston Avenue
Nashville, TN 37203
(615) 320-3225
rpigue@tpmblaw.com
mpietsch@tpmblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and via U.S. Mail upon the following this 23nd day of June, 2015:

Mr. Dallas T. Reynolds,
Attorney for Plaintiff
6204 Baum Drive
Knoxville, TN 37919

*/s/ Wm. Ritchie Pigue*
Wm. Ritchie Pigue